**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

KIRK BROWN,

Plaintiff,

vs.

HEALTH LINE ONE, LLC.
AND CHRIS BASSO,

Defendants.
_______________________________/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, KIRK BROWN, through counsel, sues Defendants, HEALTH LINE ONE, LLC. and CHRIS BASSO, and alleges as follows:

1. This is an action for damages and equitable relief within the jurisdiction of this court. The Court also has supplemental jurisdiction over the pendent state claims pursuant to 28 U.S.C. 1367.

2. Plaintiff resides in Florida and is a past employee of Defendants.

3. During Plaintiff's employment with Defendants, Plaintiff engaged in interstate commerce on a regular and recurring basis.

4. Defendant, HEALTH LINE ONE, LLC., is a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of health insurance sales, at all times material hereto was the "Employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its

employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Defendant, CHRIS BASSO, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, HEALTH LINE ONE, LLC.; said Defendant acted and acts directly in the interests of the Defendant, HEALTH LINE ONE, LLC., in relation to said co-Defendant's employees. Defendant effectively dominates HEALTH LINE ONE, LLC. administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, CHRIS BASSO was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. In justifiable reliance upon Defendants' representations and promises, Plaintiff accepted employment and began working for Defendants as a sales representative.

7. During part of Plaintiff's employment (specifically from about 5/25/10 through about 9/17/10), Plaintiff accrued approximately $7,378.06 in damages. See Exhibit "A."

8. Despite Plaintiff's continued demand for payment, Defendants have knowingly and willfully refused to tender payment and to date Defendants have failed to pay Plaintiff the legally owed wages.

9. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

11. Plaintiff reavers and realleges paragraphs 1-10 herein.

12. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for unpaid wages, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

**COUNT II**
**FAILURE TO PAY COMMISSION IN VIOLATION OF FLA. STAT. § 686.201**
**HEALTH LINE ONE, LLC.**

14. Plaintiff reavers and realleges paragraphs 1-10 herein.

15. Plaintiff entered into an agreement with Defendant to be compensated for commission-based services.

16. Plaintiff worked for Defendant and did not receive the compensation promised.

17. Defendant wrongfully deprived Plaintiff of commissions due and owing.

18. Plaintiff has been damaged as a result of Defendant's failure to pay the agreed upon commission.

WHEREFORE, Plaintiff demands judgment against Defendant for unpaid commission including treble damages due and owing, prejudgment interest, as well as reasonable attorney's

fees and costs pursuant to Fla. Stat. § 686.201 and any and all further relief this Court deems just and appropriate.

**COUNT III**
**BREACH OF CONTRACT AND FAILURE TO PAY WAGES**
**HEALTH LINE ONE, LLC.**

19. Plaintiff reavers and realleges paragraphs 1-10 herein.

20. Plaintiff entered into an oral and/or written contract for wages with Defendant.

21. Plaintiff worked for Defendant and did not receive the compensation promised. Defendant, therefore, wrongfully deprived Plaintiff of wages which were due and owing and to which Plaintiff is lawfully entitled under an oral contract for wages with Defendant.

22. Plaintiff has been damaged as a result of Defendant's failure to pay the agreed upon wages.

23. Pursuant to Section 448.08, Florida Statutes, Plaintiff is entitled to the costs of this action and reasonable attorneys' fees.

WHEREFORE, Plaintiff demands judgment against Defendant for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees, costs incurred in this action, and any and all further relief this Court deems just and appropriate.

Respectfully submitted,

Loren Law Group
Attorneys for Plaintiff
320 South State Road 7
Suite 300
Plantation, FL 33317
Phone: (954)585-4878
Facsimile: (954)585-4886

James M Loren, Esquire
Fla Bar No.: 0055409
JLoren@Lorenlaw.com